83,019-02

CAUSE NO. 1443972

EX PARTE                    § IN THE 351ST DISTRICT

TIMOTHY DEWAYNE WRIGHT § COURT OF

APPLICANT                    § HARRIS COUNTY, TEXAS

PRE-TRIAL WRIT OF HABEAS CORPUS
—— ART. 11.01 VERNON'S ANN. TEXAS C.C.P. ——

TO THE HONORABLE JUSTICE OF SAID COURT:
COMES NOW, TIMOTHY WRIGHT, EX PARTE, AND
BRINGS THIS HIS SECOND GREAT WRIT OF
HABEAS PRE-TRIAL APPLICATION. AND WOULD
SHOW THE FOLLOWINGS:

—— JURISDICTION VIOLATIONS ——

WRIGHT, BRINGS THIS WRIT PURSUANT TO:
ART. 11.01, ART. 11.46, ART. 11.10, ART. 11.11, ART. 11.15
ART. 11.05, ART. 11.35, ART. 38.23, all OF THE
VERNON'S ANN. TEXAS C.C.P., U.S. CONST. 4th
AMEND., TEX. CONST. ART 1 SEC. 9., V.T.C.A.
Transportation Code § 547.613., ART. 11.

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 26 2015

Abel Acosta, Clerk

# — FACTS —

## I

On October 5th, 2014 at around 12:00 pm (Midnight), defendent was stopped, car was searched, and defendent was arrested, for possession of a controlled substance.

## II

The stop was pretexual due to no traffic violation was made for probable cause nor was reasonable suspicion should on the record.

## III

Officer stated the stop was based on a crack in the windshield, where no description on record of crack, no pictures of crack, and warning ticket or citation issued. Officer also failed to investigate the stop. Officer never mention anything of obstructing or possibly obstructing defendents view.

## IV

Officer during the pretexual search stated that she smelled (P.C.P). But evidence in the record proves that the officer could not have smelled anything

Where officer never stated on record any smell walking up to the vehicle, on any person, no drugs or weapons found inside vehicle, and contraband was discovered inside the trunk underneath clothes that belong to the passenger in a closed container.

## V

No knowledge or affirmative link between defendent and contraband. But was affirmative link between passenger and contraband where after trunk of car was searched, passenger was searched and produce the same on her person. Officer also failed to interrogated anyone. Officer never established possession.

## VI

Through the Harris County District clerk (Chris Daniel) defendent submitted a pre-trial writ of Habeas Corpus pursuant to Art. 11.46 on the 25th of April. Defendent was scheduled for next court date of 5-6-2015. No return of writ has been made, nor has a hearing been set, and defendents next court date is scheduled for 6-3-201

## VII

Defendent has been incarcerated (8) months under such violations. Motion to suppress was filed, and no response

# — CONCLUSIONS OF LAW 3 ARGUEMENT AUTHORITIES —

1. ART. 11.01 - Commands a person having another person in their custody to produce such person at a time and place named in the writ, and show why they are being held

2. Art. 11.46 - examines under habeas corpus through a court or Judge using probable cause to show if offense was committed by person confined.

3. Art. 11.10 - show how court or Judge will appoint a time to examine cause of applicant, and issue writ returnable where county offense was committed. And specify a place in county where he will hear the motion.

4. Art. 11.11 - shows the time to be appointed shall be the earliest day Judge can devote to hearing the cause of applicant.

5. Art. 11.15 - shows writ must be granted without delay when relief is entitled.

6. Art. 11.05 - shows it is the duty of Court of Criminal Appl. district Courts, and County Courts to issue writ under rules prescribe by law. Also, where applicant was Entitled to writ or hearing on his habeas Corpus petition and is denied such right, Court of Criminal Appeals may hear the petition as an original proceeding. (Ex. Parte Young (Cr. app. 1967) 418 S.W. 2d 824.

7. Art. 11.35 - shows penalties for disobeying writ which it seems that persons responsible for issuing writ has disobeyed the law which require penalties.

8. Art. 38.23 - shows evidence not to be used under fruits of illegal arrest, Suppression of evidence is under fruits of the poisonous tree, where officer obtains any evidence while in violation of constitution laws or any laws of the state of Texas can not be used against the accused in any criminal case at trial. Defendent is still being held unlawfully.

9. The U.S. const. 4th, and Texas const. Art. 1 sec. 9 State, "The people shall be secure in their persons, houses, papers, and possessions, from all unreasonable seizures and searches, and no warrant to search any place, or to seize any person or thing, shall issue without describing them as near as may be, nor without probable cause, supported by oath or affirmation."

Defendent was in full compliance with V.T.C.A., Transportation code § 547.613 (Restrictions on windows) supported by the record, which the record shows no sign of a traffic violation of any kind.

ART. 11.60. - shows whoever is warrant or process authorized by this chapter shall execute writ and if delays the service shall be liable to fine as for contempt of court.

Ex Parte, WRIGHT invokes proper jurisdiction to Court of Criminal app. to hear as an original proceeding due to violation of trial Court. (Ex Parte, Young (Cr. app. 1967) 418 S.W. 2d. 824.

WHEREFORE, APPLICANT PRAYS THAT THE COURT GRANT APPLICANT RELIEF FROM ILLEGAL RESTRAINT TO WHICH HE MAY BE ENTITLED IN THIS PROCEEDING.

## VERIFICATION

OATH BEFORE A NOTARY PUBLIC

STATE OF TEXAS

COUNTY OF HARRIS

I, Timothy Dewayne Wright, being duly sworn, under oath, says: "I am the (applicant) / petitioner (circle one) in the action and know the contents of the above application for a writ of habeas corpus and according to my belief, the facts stated in the application are true."

_Timothy Wright_
Signature of (Applicant) / Petitioner (circle on

SUBSCRIBED AND SWORN TO BEFORE ME THIS 20th DAY OF May 20

MONICA BAINES
Notary Public, State of Texas
My Commission Expires
February 14, 2016

Signature of Notary Publi

Cause No. 1443972

EX PARTE                                    § IN THE 351ST DISTRICT

TIMOTHY DEWAYNE WRIGHT § COURT OF

APPLICANT                              § HARRIS County, TEXAS

## CERTIFICATE OF SERVICE

The undersigned applicant certifies that HE has served a copy of his Pre-Trial writ of habeas Corpus pursuant to Art. 11.01 of Vernon's Ann. Tex. C.C.P., in cause number 1443972 to both filing parties of Justi of said court on May 20th, 2015, by mail as follows:

District Court 351ST
OF Harris County, Texas
in Houston 77002
1201 FRANKlin ST

Court of Criminal APPEALS
P.O. Box 12308, CAPitol STation
Austin, Texas 78711

Timothy Wright
Spin # 01577948-6CI
701 N. San Jacinto
Houston, Texas 77002